it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 9, 2012 [*ante*, p. 938], is discharged.

No. D–2698. IN RE DISBARMENT OF OSMOND. Disbarment entered. [For earlier order herein, see *ante*, p. 1023.]

No. D–2699. IN RE DISBARMENT OF TEITELBAUM. Disbarment entered. [For earlier order herein, see *ante*, p. 1023.]

No. D–2705. IN RE DISCIPLINE OF ERICKSON. Theresa Marie Erickson, of Poway, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2706. IN RE DISCIPLINE OF ALLEN. Paul Shearman Allen, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2707. IN RE DISCIPLINE OF WEIGEL. Joseph W. Weigel, of Milwaukee, Wis., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 12M80. SANTAMARIA *v.* KNOWLIN, WARDEN;

No. 12M81. HARDIN *v.* MONROE COUNTY, FLORIDA, ET AL.;

No. 12M82. CHEVALIER *v.* NEW YORK ET AL.;

No. 12M83. GLENN *v.* KANE ET AL.;

No. 12M84. LAROCHE *v.* FISHER ET AL.;

No. 12M85. FRENGLER *v.* GENERAL MOTORS ET AL.;

No. 12M86. LEPESKA *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL.;

No. 12M87. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NUMBER 164, AFL–CIO *v.* U. S. INFORMATION SYSTEMS, INC.;

No. 12M89. MAYARD *v.* SIEGFRIED;

No. 12M90. FRANKLIN, ADMINISTRATRIX OF THE ESTATE OF FRANKLIN *v.* GARDEN STATE LIFE INSURANCE ET AL.; and

No. 12M91. BIERI *v.* CORDONNIER, JUDGE, CIRCUIT COURT OF MISSOURI, GREENE COUNTY. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.